JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

Case No.  CV 17-04241-AB (FFMx)

11

John Mills

12

Plaintiff,

ORDER DISMISSING CIVIL ACTION

13

v.

14

The Prudential Insurance Company of America

15
16

Defendants.

17
18

THE COURT having been advised by counsel that the above-entitled action has

19

been settled;

20

IT IS THEREFORE ORDERED that this action is hereby dismissed without

21

costs and without prejudice to the right, upon good cause shown within **30 days,** to re-

22

open the action if settlement is not consummated.  This Court retains full jurisdiction

23

over this action and this Order shall not prejudice any party to this action.

24

Dated:  November 9, 2017

25

_____

26

ANDRÉ BIROTTE JR.

27

UNITED STATES DISTRICT JUDGE

28